IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANTHONY D. WHITE,

    Plaintiff,

v.                          Civil Action No. 3:18CV727

SUPERINTENDENT HACKWORTH,

    Defendant.

**MEMORANDUM OPINION**

Anthony D. White, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). White's current allegations failed to provide the defendant with fair notice of the facts and the legal basis upon which his liability rests. Accordingly, by Memorandum Order entered on January 9, 2019, the Court directed White to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned White that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the January 9, 2019 Memorandum Order. White failed to submit a particularized complaint or otherwise respond to the January 9, 2019 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to White.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: February 26, 2019
Richmond, Virginia